IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TARANEH VESSAL )<br>  Plaintiff )<br>  )<br>  vs. )<br>  )<br>CITIBANK (SOUTH DAKOTA) N.A. )<br>THE LAW OFICES OF BLATT, HASENMILLER, )<br>LEIBSKER & MOORE LLC, AND IRYNA )<br>MARTYNIV-NIRO, ESQ. )<br>  Defendants ) | CIVIL ACTION FILE<br>CASE NO: 1:15-cv-02209<br>JUDGE: BUCKLO |

**PLAINTIFF'S OBJECTION TO DEFENDANTS BLATT, HASENMILLER, LEIBSKER & MOORE, LLC AND IRYNA MARTYNIV NIRO'S UNOPPOSED MOTION FOR LEAVE TO JOIN DEFENDANT CITIBANK'S MOTION TO ENFORCE ARBITRATION AWARD OR ALTERNATIVELY FOR JUDGMENT ON THE PLEADINGS**

The Plaintiff in the above titled action respectfully submits her Objection to the Motion filed by Defendant BHLM in which the Defendant requests a stay pending the outcome of Citibank's Motion.. The Motion should be denied for the reasons contained herein.

### I. FACTUAL AND PROCEDURAL BACKGROUND

1.    On or about February 25th, 2015 the Plaintiff served the Defendants (Blatt, Hasenmiller, Leibsker & Moore LLC, herein after "BHLM"), with a petition seeking the vacatur of an arbitration award which Plaintiff asserts was improperly obtained.

2.    On or about March 20th Defendant(s) Citibank filed an answer, affirmative defenses, and a cross claim. A Motion to Strike those defenses is before the Court and has been scheduled for a hearing on April 23rd.

(1)

3. Defendant BHLM entered an appearance on or about April 10, 2015. They failed to answer Plaintiff's Complaint in a timely manner. They now seek to be relieved of doing so.

## II. ARGUMENT

4. Rule 7 provides for the following:

(a) PLEADINGS. Only these pleadings are allowed:
(1) a complaint;
(2) an answer to a complaint;
(3) an answer to a counterclaim designated as a counterclaim;
(4) an answer to a crossclaim;
(5) a third-party complaint;
(6) an answer to a third-party complaint; and
(7) if the court orders one, a reply to an answer. (emphasis added)

5. The rules are unambiguous. A Defendant is required to provide an answer, otherwise they face being non-suited for failure to plead. BHLM does not qualify for any exception to the Rules of this Court.

6. BHLM seeks to join itself to Citibank, but seeks protection from that joinder by petitioning the Court to let it play a "let's see what happens" game. This is prejudicial to any Plaintiff, and in the Instant Action may do harm to the Plaintiff's case. Why does BHLM want to avoid an Answer? No reason is given.

7. In any Complaint naming multiple Defendants, the Court has the option of granting or denying judgment in part or in whole, as to each Defendant. This Defendant seeks absolution from that process. If the Court grants this Motion, it effectively takes away the Court's inherent powers to adjudicate Plaintiff's case against this Defendant.

(2)

## IV. CONCLUSION

8. The Defendant's Motion is self-serving, and contrary to any standard of justice. If BHLM wants to be joined to Citibank, let them be properly joined and ordered by this Court to provide an Answer to Plaintiff's Complaint.

Respectfully submitted

By : /s/ Taraneh Vessal
Plaintiff  (*Pro Se*)
P.O. Box 4764
Oak Brook, IL. 60522-4764
tvessal@aol.com

## CERTIFICATE OF SERVICE

I, Taraneh Vessal, certify that on April 14 th , 2015, I electronically filed a copy of the foregoing; **PLAINTIFF'S OBJECTION TO DEFENDANTS BLATT, HASENMILLER, LEIBSKER & MOORE, LLC AND IRYNA MARTYNIV NIRO'S UNOPPOSED MOTION FOR LEAVE TO JOIN DEFENDANT CITIBANK'S MOTION TO ENFORCE ARBITRATION AWARD OR ALTERNATIVELY FOR JUDGMENT ON THE PLEADINGS** with the Court using the CM/ECF system, which will automatically send copies to all registered counsel.

To:
The Law offices of THOMPSON COBURN LLP
55 East Monroe Street
37th Floor
Chicago, IL. 60603
312-346-7500
Fax: 312-580-2201
trowden@thompsoncoburn.com
epeel@thompsoncoburn.com
cackerman@thompsoncoburn.com

To: Law Offices of Blatt, Hasenmiller, Leibsker & Moore LLC
10 South LaSalle St., Suite 2200
Chicago, IL. 60603
(312) 704-9440
Iryna Martyniv Niro Esq.
10 South LaSalle St., Suite 2200
Chicago, IL. 60603
iniro@bhlmlaw.com

By: /s/ Taraneh Vessal
Plaintiff (Pro Se)
P.O Box 4764,
Oak Brook, IL, 60522-4764
(312) 933-8257
tvessal@aol.com