**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Taraneh Vessal

                           Plaintiff,

v.                                                        Case No.: 1:15–cv–02209
                                                         Honorable Rebecca R. Pallmeyer

Citibank (South Dakota, N.A.), et al.

                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 15, 2015:

     MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held. Because Citibank's claim preclusion defense is itself arbitrable, Defendant's motion to stay and dismiss any further arbitration proceeding filed by Plaintiff [30] is denied. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.