IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TARANEH VESSAL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | CIVIL ACTION FILE |
| CITIBANK (SOUTH DAKOTA), N.A., THE | ) | CASE NO 1:15-cv-02209 |
| LAW OFFICES OF BLATT, | ) | |
| HANSENMILLER, LIEBSKER & | ) | |
| MOORE, LLC, AND IRYANA | ) | |
| MARTYNIV-NIRO, ESQ., , | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:    Attached Service List

PLEASE TAKE NOTICE that on Monday, November 16, 2015, at 9:00 a.m., I shall appear before the Honorable Rebecca R. Pallmeyer, United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, Courtroom 2146, and present **Defendant Citibank's Renewed Motion to Stay any Further Arbitration Proceedings Filed by Plaintiff** a true and correct copy of which is attached hereto and hereby served upon you.

Dated: October 20, 2015

                                                  Respectfully submitted,

                                                THOMPSON COBURN LLP

                                                By */s/ Todd A.Rowden*
                                                    Todd A. Rowden
                                                    Caroline Ackerman
                                                    55 East Monroe Street
                                                    37th Floor
                                                    Chicago, Illinois 60603
                                                    312-346-7500
                                                    trowden@thompsoncoburn.com
                                                    cackerman@thompsoncoburn.com

                                        Attorneys for Defendant Citibank, N.A.

- 2 -

## **CERTIFICATE OF SERVICE**

        I hereby certify that on October 20, 2015, the **Notice of Motion, Renewed Motion to Stay any Further Arbitration Proceedings Filed by Plaintiff** was filed electronically with the Clerk of the Court and served by email and first class mail by depositing same in the U.S. Mail at 55 East Monroe Street, Chicago, Illinois 60603, with proper postage prepaid: upon the following:

Taraneh Vessal
P.O. Box 4764
Oak Brook, Illinois 60522-4764
tvessal@aol.com

The Law Offices of Blatt, Hansenmiller, Leibsker & Moore, LLC
10 S. LaSalle Street Suite 2200
Chicago, Illinois 60603
iniro@bhlmlaw.com

Iryna Martyniv Niro
The Law Offices of Blatt, Hansenmiller, Leibsker & Moore, LLC
10 S. LaSalle Street Suite 2200
Chicago, Illinois 60603
iniro@bhlmlaw.com

        /s/ *Todd A. Rowden*